CHARLES W. MANSIER, Respondent, v. EQUITABLE SURETY COMPANY OF NEW YORK, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES O. SEBRING, Respondent, v. MUNSON B. DOWD and Others, as Assessors of the City of Corning, N. Y., Appellants.— Order modified by providing that the costs of the proceeding be paid by the city of Corning and as so modified affirmed, without costs of this appeal to either party. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ. [131 Misc. 660.]

CLAUDE P. HALL, Respondent, v. NELS A. JOHNSON, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

WILLIAM J. EMBLING, Respondent, v. THE CHURCHVILLE OIL AND NATURAL GAS COMPANY, Appellant.— Judgment and order reversed on the facts, and a new trial granted, with costs to the appellant to abide the event, upon the ground that the finding of the jury to the effect that the heating of a cellar for the storage of potatoes in bulk was within the contemplation of the contract, is unsupported by and is contrary to and against the weight of the evidence. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

In the Matter of the Application of FRANK T. SAGE and Others, Petitioners, for a Certiorari Order against THOMAS E. BRODERICK and Others, Constituting the Town Board of the Town of Irondequoit, Monroe County, N. Y., Respondents.— Upon reargument, order of certiorari sustained, determination of town board of Irondequoit annulled, and matter remitted to the town board, with directions to audit the petitioners' claim by allowing the same in full, with fifty dollars costs and disbursements to the petitioners, upon the ground that the agreement in question was clearly one of agency and was neither *ultra vires* nor opposed to public policy. Having engaged and benefited by the services of petitioners, the claim should be paid. The source from which such payment should be made is not a question involved here. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

In the Matter of the Application of RAYMOND H. BROODER, Petitioner, for an Order of Certiorari against E. D. BOSTWICK and Others, as the Board of Police Commissioners of the City of Corning, New York, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

ANDREW SLOMKA, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Order modified by inserting a provision making the relief conditional upon the payment of ten dollars term fee and the defendant's witness fees at the trial, and as so modified affirmed, without costs of this appeal to either party. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.